David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*
ALFONSE D. CASTRONOVA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALFONSE D. CASTRONOVA, <br><br> Plaintiff, <br><br> v. <br><br> CASHCALL, INC; CITIFINANCIAL AUTO; PENNYMAC LOAN SERVICES LLC; SERVICE FINANCE COMPANY, LLC; TD BANK USA, N.A.; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | **Case No. 2:17-cv-02581-RFB-CWH** <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO PENNYMAC LOAN SERVICES, LLC ONLY** |

Plaintiff ALFONSE D. CASTRONOVA and Defendant PENNYMAC LOAN SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, PENNYMAC LOAN SERVICES, LLC**.

There is a separate case before the United States Bankruptcy Court for the District of Nevada (Case Number 11-25472-ABL) which involves the Plaintiff (as

Debtor) and PENNYMAC LOAN SERVICES LLC ("PENNYMAC"). There is presently a Motion for Sanctions filed by the Plaintiff/Debtor (See ECF No. 215 in Case Number 11-25472-ABL). Nothing in this stipulation and order shall be deemed to impact, affect or limit Plaintiff's rights to recovery for Case Number 11-25472-ABL or impact, affect, or limit PENNYMAC's defenses for Case Number 11-25472-ABL. Each party shall bear its own attorney's fees, and costs of suit.

Dated: January 22, 2018

By:
*/s/David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*
ALFONSE D. CASTRONOVA

By:
*/s/ Natalie Winslow, Esq.*
Natalie Winslow, Esq.
Akerman LLP
1635 Village Center Circle
Suite 200
Las Vegas, NV 89134


*Attorney for Defendant*
PENNYMAC LOAN SERVICES LLC

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: January 26, 2018.