David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*
*ALFONSE D. CASTRONOVA*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALFONSE D. CASTRONOVA,<br><br>Plaintiff,<br><br>v.<br><br>CASHCALL, INC; CITIFINANCIAL AUTO; PENNYMAC LOAN SERVICES LLC; SERVICE FINANCE COMPANY, LLC; TD BANK USA, N.A.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-02581-RFB-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TD BANK USA, N.A. ONLY</u>** |

Plaintiff ALFONSE D. CASTRONOVA and Defendant TD BANK USA, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, <u>TD BANK USA, N.A.</u>**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: January 30, 2018

| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff*<br>*ALFONSE D. CASTRONOVA* | By:<br>/s/ Michael R. Ayers, Esq.<br>Michael R. Ayers, Esq.<br>Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson<br>800 S. Meadow Parkway<br>Suite 800<br>Reno, NV 89521<br><br>*Attorney for Defendant*<br>*TD BANK USA, N.A.* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II

DATED: January 31, 2018